1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                     IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 **ROGER HICKS**            )   Case No.  CIV-11-148 GGH
   **xxx-xx-5749**            )
12                            )
                              )   **STIPULATION AND**
13                            )   **ORDER EXTENDING PLAINTIFF'S**
           **Plaintiff,**     )   **TIME TO FILE SUMMARY**
14                            )   **JUDGEMENT MOTION**
   v.                         )
15                            )
   **MICHAEL J. ASTRUE**      )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                            )
           **Defendant.**     )
18                            )
                              )
19 _____)

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from November 10, 2011, to December

22 13, 2011.    This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted

23 briefing schedule and need to prioritize older cases.

24 / / / /

25 / / / /

26 / / / /

27 / / / /

28 / / / /

                                        1

| | | |
|---|---|---|
| 1 | Dated: November 8, 2011 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 5 | Dated: November 8, 2011 | Benjamin B. Wagner |
| 6 | | United States Attorney |
| 8 | | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| 10 | | */s/ Patrick William Snyder*<br>PATRICK WILLIAM SNYDER |
| 11 | | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 14, 2011

  /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2