BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HICKS<br>xxx-xx-5749<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security<br>of the United States of America,<br><br>Defendant. | Case No. CIV-11-148 GGH<br><br>STIPULATION AND<br>ORDER EXTENDING PLAINTIFF'S<br>TIME TO FILE SUMMARY<br>JUDGEMENT MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from December 13, 2011, to January 13, 2012   This extension is required due to Plaintiff's counsel's crowded briefing schedule and need to prioritize older cases.

/ / / /

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: December 13, 2011 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: December 14, 2011   Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Patrick William Snyder*
PATRICK WILLIAM SNYDER

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: December 15, 2011

 /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE