IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER HICKS,

      Plaintiff,                       CIV S-11-0148  GGH

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

      Defendant.                 <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff filed his complaint on January 14, 2011; service was executed upon defendant on June 28, 2011.  On September 26 and 27, 2011, defendant filed with this court, and served upon plaintiff by mail, his answer and the administrative transcript.

        Pursuant to this court's Scheduling Order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand within 45 days after service of the answer and administrative transcript.  Plaintiff received two extensions of time, but did not file his summary judgment motion by January 13, 2012, as ordered by the court.

        ACCORDINGLY, within fourteen days of the filed date of this order, plaintiff is ordered to show cause in writing why this case should not be dismissed for lack of prosecution,

1

1  and shall file his summary judgment motion.  Failure to <u>timely</u> file the required writings will
2  result in a recommendation that the case be dismissed.
3  DATED: January 25, 2012

          /s/ Gregory G. Hollows
     UNITED STATES MAGISTRATE JUDGE

5  GGH:076/Hicks0148.osc.wpd