```
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HICKS, </br></br>  Plaintiff, </br></br>  v. </br></br> MICHAEL J. ASTRUE, </br> Commissioner of </br> Social Security, </br></br>  Defendant. | CIVIL NO. 2:11-cv-0148-GGH </br></br> **STIPULATION FOR EXTENSION OF TIME AND ORDER** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including April 11, 2012. The response is currently due on March 12, 2012. This extension is being sought because the undersigned attorney for the Commissioner was unable to complete the Commissioner's brief within the original time frame due to a deposition this week and deadlines in other matters. This is the Commissioner's first extension request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated: March 9, 2012                */s/ Bess M. Brewer*

                                          _____
                                          BESS M. BREWER
                                          (as authorized via email on March 9, 2012)
                                          Attorney at Law
                                          Attorney for Plaintiff

Dated: March 12, 2012             BENJAMIN B. WAGNER
                                          United States Attorney
                                          DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                           By:
                                          */s/ Patrick William Snyder*
                                          _____
                                          PATRICK WILLIAM SNYDER
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant

                                          **ORDER**

    APPROVED AND SO ORDERED.

DATED: <u>March 12, 2012</u>

                                       /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE