1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8927
       Facsimile:  (415) 744-0134
7      E-Mail: Patrick.Snyder@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:11-cv-0148-GGH<br><br>**STIPULATION FOR EXTENSION OF TIME AND ORDER** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including April 11, 2012.  The response is currently due on March 12, 2012.  This extension is being sought because the undersigned attorney for the Commissioner was unable to complete the Commissioner's brief within the original time frame due to a deposition this week and deadlines in other matters.  This is the Commissioner's first extension request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                Respectfully submitted,

Dated: March 9, 2012                */s/ Bess M. Brewer*

                                _____
                                BESS M. BREWER
                                (as authorized via email on March 9, 2012)
                                Attorney at Law
                                Attorney for Plaintiff

Dated: March 12, 2012               BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                    By:
                                */s/ Patrick William Snyder*

                                _____
                                PATRICK WILLIAM SNYDER
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

## **ORDER**

APPROVED AND SO ORDERED.

DATED: <u>March 12, 2012</u>

                                /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE